LEONARD S. WEGMAN et al., Individually and as Copartners Doing Business under the Name of LEONARD S. WEGMAN & Co., Respondents, *v.* REPUBLIC CAMERA CORPORATION, Appellant.

In the Matter of the Application of LEONARD S. WEGMAN et al., Individually and as Copartners Doing Business under the Name of LEONARD S. WEGMAN & Co., Respondents. REPUBLIC CAMERA CORPORATION, Defendant, and JACOB HANDELSMAN, Appellant.

Submitted January 9, 1950; decided February 23, 1950.

*Samuel Masia* and *Archibald Palmer* for appellants.
*Myron L. Shapiro* and *Richard J. Burke* for respondents.

On appeal by Jacob Handelsman: Order affirmed, with costs. On appeal by Republic Camera Corporation: Order affirmed, with costs. The first and fourth questions certified are answered in the affirmative. The second and third questions certified are answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.